| | |
|---|---|
| John Heenan | Matthew B. Hayhurst |
| Joe Cook | Thomas J. Leonard |
| Philip McGrady | BOONE KARLBERG P.C. |
| HEENAN & COOK, PLLC | 201 West Main, Suite 300 |
| 1631 Zimmerman Trail, Ste. 1 | P.O. Box 9199 |
| Billings, MT 59102 | Missoula, MT 59807-9199 |
| Phone: (406) 839-9091 | Telephone: (406)543-6646 |
| Facsimile: (406) 839-9092 | Facsimile: (406) 549-6804 |
| john@lawmontana.com | mhayhurst@boonekarlberg.com |
| joe@lawmontana.com | tleonard@boonekarlberg.com |
| philip@lawmontana.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ESTATE OF LUCIO DIMAURO, by and through Personal Representative, NINA DIMAURO; LESLEY JUNGERS, by and through co-Guardians and co-Conservators, LAWRENCE JOCHIM and KARLA LANGLOIS; ESTATE OF DAVID PATZOLDT, by and through Personal Representative, CHRISTINE PAYTON; JOHN DOES 1-X; and JANE DOES 1-X,<br><br>            Plaintiffs,<br>   v.<br><br>GREG GIANFORTE; CHARLIE BRERETON; DAVID CULBERSON; STATE OF MONTANA; THE DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; JOHN DOES 1-X; and JANE DOES 1-X,<br><br>            Defendants. | Cause No. CV-23-74-BU-BMM<br><br>**JOINT STATUS REPORT** |

On February 7, 2024, the Court entered an order at the request of all parties vacating deadlines and staying proceedings pending mediation. (Doc. 14.) The Court ordered the parties to submit a status report within 60 days thereafter, describing the status of their mediation efforts and the reasons the stay should be continued or lifted. (*Id.* at 2.)

In accordance with that Order, the parties respectfully notify the Court that a mediation has been scheduled with attorney Mike Lilly on April 16, 2024. The mediation is expected to last one day, but it is possible that additional discussions will be needed. The parties therefore ask that the stay remain in place while they complete the mediation and, if necessary, engage in any post-mediation discussions. The parties will submit an updated status report to the Court within 30 days after completion of the mediation (i.e. by May 16, 2024). At that point, the parties will describe the status of their mediation efforts and why the stay should be continued or lifted. The parties appreciate the stay remaining in place in the meantime.

DATED: April 3, 2024

HEENAN & COOK, PLLC

 /s/ John Heenan
John Heenan
Joe Cook
Philip McGrady
*Attorneys for Plaintiffs*

DATED: April 3, 2024                    BOONE KARLBERG P.C.

 /s/ Matthew B. Hayhurst
Matthew B. Hayhurst
Thomas J. Leonard
*Attorneys for Defendants*