Michael J. Lilly
Berg Lilly, PC
1 West Main Street
Bozeman, MT 59715
406-587-3181
Mediator

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| ESTATE OF LUCIO DIMAURO, by and, | ) | Cause No. CV-23-74-BU-BMM |
| through Personal Representative, NINA | ) | |
| DIMAURO; LESLEY JUNGERS, by and | ) | |
| Through co-Gaurdians and co-Conservators, | ) | **MEDIATOR'S REPORT** |
| LAWRENCE JOCHIM and KARLA | ) | **TO THE COURT** |
| LANGLOTS; ESTATE OF DAVID | ) | |
| PATZOLDT, by and through Personal | ) | |
| Representative, CHRISTINE PAYTON; | ) | |
| JOHN DOES 1-X; and JANE DOES 1-X | ) | |
| Plaintiffs | ) | |
| | ) | |
| GREG GIANFORTE; CHARLIE | ) | |
| BRERETON; DAVID CULBERSON; | ) | |
| STATE OF MONTANA; THE | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES; JOHN DOES 1-X; | ) | |
| and JANE DOES 1-X | ) | |
| Defendant. | ) | |

COMES NOW Michael J. Lilly and advises the Court that he was selected as mediator by counsel for the parties in the above-referenced matter. The parties attended a settlement conference on Tuesday, 23rd, 2024. At the conclusion of the settlement conference, a settlement was reached.

DATED this 25th day of April, 2024.

Michael J. Lilly
Mediator

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on the 25th day of April, 2024, a true and correct copy of the foregoing instrument was duly served by email upon the following:

Opal Rhea
Berg Lilly, PC